**DENY; and Opinion Filed September 16, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-01157-CV
No. 05-14-01158-CV
No. 05-14-01159-CV
No. 05-14-01160-CV
No. 05-14-01161-CV

**IN RE C.T. AND T.T., Relator**

**Original Proceeding from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 13-21229-U**
**Trial Court Cause No. 10-12513-2**
**Trial Court Cause No. 13-21227-2**
**Trial Court Cause No. 01-11212-U**
**Trial Court Cause No. 12-275-U**

## MEMORANDUM OPINION
Before Justices O'Neill, Lang, and Brown
Opinion by Justice O'Neill

Relators filed this petition for writ of mandamus complaining of numerous actions of the trial court. The facts and issues are well-known to the parties so we do not recount them here. Ordinarily, to obtain mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.,* 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Based on the record before us, we conclude relators have not shown they are entitled to the relief requested. *See* TEX. R. APP. P.

52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839–40 (Tex. 1992) (orig. proceeding).
Accordingly, we **DENY** relators' petition for writ of mandamus.


/Michael J. O'Neill/
MICHAEL J. O'NEILL
JUSTICE

141157F.P05